# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

141011

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SUMMIT POLYMERS INC.,
        Plaintiff/Counter-Defendant-
        Appellant,

v

           SC: 141011
           COA: 289596
           Wayne CC: 05-503433-CK

ATEK THERMOFORMING INC.,
        Defendant/Counter-Plaintiff/
        Third-Party-Plaintiff-Appellee,

and

LEON PLASTICS, OWEN T. MAHER and
VISTEON CORP.,
        Third-Party-Defendants.

_____/

      On order of the Court, the application for leave to appeal the March 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

p0830